UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGION 3 & 9
Lauren Bielskie, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: Lauren.Bielskie@usdoj.gov

Order Filed on February 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Maria M. Salvani,

Debtor.

Case No.: 19-29423 (JNP)

Chapter 7

Hearing Date: February 11, 2020, at 10:00 a.m.

Judge: The Honorable Jerrold N. Poslusny Jr.

**ORDER EXTENDING THE TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: February 11, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Maria M. Salvani
Chapter 7 Case No. 19-29423 (JNP)

**Order Extending the Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) and (3) and Extending the Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

_____

Upon consideration of the United States Trustee's motion, by and through counsel, for an order extending the time for the United States Trustee to file a motion under 11 U.S.C. § 707 (b)(1) and (3), and extending the time to file a complaint objecting to discharge under 11 U.S.C. § 727, and notice of the motion having been given to the Debtor and Debtor's counsel, and the Court having found cause for the entry of the within order, it is hereby

**ORDERED** that any motion by the United States Trustee to dismiss this case under 11 U.S.C. § 707 (b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727, must be filed by **March 17, 2020;** and it is further

**ORDERED** that the United States Trustee reserves his right to seek a further extension of the time to file a motion to dismiss under 11 U.S.C. § 707 (b)(1) and (3) or a complaint objecting to discharge under 11 U.S.C. § 727.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 19-29423-JNP
Maria M. Salvani                                                Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1        User: admin           Page 1 of 1            Date Rcvd: Feb 11, 2020
                            Form ID: pdf903       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
db             Maria M. Salvani,    7 Mountain Ln,    Egg Harbor Township, NJ   08234-9768

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    ABS REO Trust VI dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Jeanie D. Wiesner    on behalf of Debtor Maria M. Salvani jwiesner@subranni.com,
               dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
              John F Newman    on behalf of Creditor    South Jersey Federal Credit Union
               courts@southjerseyfcu.com
              Katherine B. Galdieri    on behalf of Creditor    NJR Clean Energy Ventures Corporation
               kgaldieri@kbtlaw.com, akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com
              Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    ABS REO Trust VI rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9