UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Maria M. Salvani,
Debtor.

Case No.: 19-29423
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

___DOUGLAS S. STANGER___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, U.S. Bankruptcy Court
401 Market Street
Camden, NJ  08102

If an objection is filed, a hearing will be held before the Honorable ___Jerrold N. Poslusny, Jr___ on ___April 14, 2020___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  259 Churchill Drive, Egg Harbor Township, NJ  08234
$253,000.00

Liens on property:
$343,121.00 - Ditech Financial LLC
$36,241.00 - Select Portfolio Servicing, Inc. (2nd Mortgage)

Amount of equity claimed as exempt:  $-0-

Objections must be served on, and requests for additional information directed to:

Name:  Douglas S. Stanger, Trustee for the Estate of Maria M. Salvani
Address:  646 Ocean Heights Avenue, Suite 103, Linwood, NJ  08221
Telephone No.:  (609) 645-1881

rev.8/1/15

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 19-29423-JNP
Maria M. Salvani                                                Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: Mar 12, 2020
                              Form ID: pdf905          Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db             Maria M. Salvani,    7 Mountain Ln,    Egg Harbor Township, NJ 08234-9768
cr            +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
               Philadelphia, PA 19103-1814
518510639      Advanced Call Center Technologies,    POB 9091,    Gray, TN 37615-9091
518510640     +Allied Interstate, LLC,    POB 4000,    Warrenton, VA 20188-4000
518510641      Allied Interstate, LLC,    PO Box 1954,    Southgate, MI 48195-0954
518510642      American Express,    PO Box 1270,    Newark, NJ 07101-1270
518510645      Atlanticare Clinical Lab,    PO Box 785616,    Philadelphia, PA 19178-5616
518510649    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    PO Box 15019,    Wilmington, DE 19886-5019)
518510648      Bank Of America,    PO Box 15284,    Wilmington, DE 19850-5284
518510647      Bank Of America,    PO Box 31785,    Tampa, FL 33631-3785
518510650      Bank Of America National Association,    4909 Savarese Cir,    Tampa, FL 33634-2413
518510653      Citicard - AAdvantage Platinum Card,    PO Box 6062,    Sioux Falls, SD 57117-6062
518510658      Credit Control LLC,    Attn: Bank of America,    PO Box 546,    Hazelwood, MO 63042-0546
518510659      Dental Arts of South Jersey,    1001 Laurel Oak Rd Ste C1,    Voorhees, NJ 08043-3512
518510660      Discover Bank - 'more' card,    PO Box 71084,    Charlotte, NC 28272-1084
518510662      English Creek Self Storage,    1187 Ocean Heights Ave,    Egg Harbor, NJ 08215
518510664      Extra Space Storage,    6698 Washington Ave,    Egg Harbor Township, NJ 08234-1825
518510666    ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
               (address filed with court: Forster Garbus & Garbus,    60 Motor Parkway Attn: Discover Bank,
               Commack, NY 11725-0000)
518510665     +Firstsource Advantage, LLC,    POB 628,    Buffalo, NY 14240-0628
518510667      Green Lawn Fertilizing,    1004 Saunders Ln,    West Chester, PA 19380-4218
518510668      Hayt Hayt & Landau,    PO Box 500,    Eatontown, NJ 07724-0500
518510670     +Midland Funding,    320 E Big Beaver Rd,    Troy, MI 48083-1271
518510671      Monarch Recovery MGMNT Inc,    3260 Tillman Dr Ste 75,    Bensalem, PA 19020-2059
518510673     +NJR Clean Energy Ventures,    1415 Wycoff Rd,    Farmingdale, NJ 07727-3940
518510674      NJR Clean Energy Ventures Corp,    1415 Wyckoff Rd,    Farmingdale, NJ 07727-3940
518579359     +NJR Clean Energy Ventures Corporation,    c/o The Kelly Firm, P.C.,    1011 Highway 71, Suite 200,
               Spring Lake, NJ 07762-3232
518510675      Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Rd Ste 100,
               Mount Laurel, NJ 08054-3437
518510682      Schachter & Portnoy, LLC,    3490 US Route ONE Ste 6,    Princeton, NJ 08540
518510693      The Dermatology Group,    PO Box 791486,    Baltimore, MD 21279-1486
518510694      United Collection Bureau,    5620 Southwyck Blvd Ste 206,    Toledo, OH 43614-1501
518510696      WF Financial Cards,    PO Box 14517,    Des Moines, IA 50306-3517
518510695      Wells Frgo Financial,    PO Box 29704,    Phoenix, AZ 85038-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2020 01:00:20     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2020 01:00:16      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/Text: courts@southjerseyfcu.com Mar 13 2020 01:00:19
               South Jersey Federal Credit Union,    1615 Hurfville Road,    PO Box 5530,
               Deptford, NJ 08096-0530
518510643     +E-mail/Text: bky@americanprofit.net Mar 13 2020 01:00:48      American Profit Recovery,
               34405 W. 12 Mile Rd, Ste 379,    Farmington Hills, MI 48331-5608
518510644      E-mail/Text: ACF-EBN@acf-inc.com Mar 13 2020 00:58:56     Atlantic Credit & Finance, Inc.,
               PO Box 13386,    Roanoke, VA 24033-3386
518510646      E-mail/Text: maria.herron@atlanticare.org Mar 13 2020 01:00:25      Atlanticare Surgery Center,
               2500 English Creek Ave Ste 702,    Egg Harbor Township, NJ 08234-5549
518510656      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 13 2020 00:59:56      COmenity Bank/Ann Taylor,
               PO Box 182789,    Columbus, OH 43218-2789
518510651      E-mail/Text: cms-bk@cms-collect.com Mar 13 2020 00:59:45      Capital Management Services,
               698 1/2 S Ogden St,    Buffalo, NY 14206-2317
518510652      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 13 2020 01:15:06
               Capital One Bank USA NA,    POB 85619,    Richmond, VA 23285-5619
518510654     +E-mail/Text: mediamanagers@clientservices.com Mar 13 2020 00:59:07      Client Services Inc.,
               3451 Harry S Truman Blvd,    St. Charles, MO 63301-9816
518510655      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 13 2020 00:59:56      Comenity - Loft,
               PO Box 659569,    San Antonio, TX 78265-9569
518510657      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 13 2020 00:59:56      Comenity-Victorias Secret,
               PO Box 182789,    Columbus, OH 43218-2789
518510661      E-mail/Text: bankruptcy.bnc@ditech.com Mar 13 2020 00:59:44      Ditech Financial LLC,
               PO Box 6172,    Rapid City, SD 57709-6172
518510663      E-mail/Text: bknotice@ercbpo.com Mar 13 2020 01:00:28     ERC,    PO Box 23870,
               Jacksonville, FL 32241-3870
518510669     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 13 2020 01:00:16      Midland Credit Management,
               8875 Aero Dr., Ste 200,    San Diego, CA 92123-2255
518510672      E-mail/Text: NCI_bankonotify@ncirm.com Mar 13 2020 00:59:09      Nationwide Credit Inc.,
               PO Box 14581,    Des Moines, IA 50306-3581
```

```
District/off: 0312-1          User: admin              Page 2 of 3             Date Rcvd: Mar 12, 2020
                              Form ID: pdf905          Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518510681       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2020 01:16:01
                 Portfolio Recovery Assoc.,    120 Corporate Blvd,    Norfolk, VA   23502-4962
518510676       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2020 01:16:01
                 Portfolio Recovery Assoc.,    120 Corporate Blvd, Ste 100,    Norfolk, VA   23502-4962
518510677       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2020 01:14:27
                 Portfolio Recovery Assoc.,    PO Box 12914,    Norfolk, VA   23541-0914
518510685       E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 01:14:13      SYNCB / GAP DC,    PO Box 960017,
                 Orlando, FL   32896-0017
518510686       E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 01:15:41      SYNCB / Lowes,    PO Box 965005,
                 Orlando, FL   32896-5005
518510688       E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 01:15:42      SYNCB/Care Credit,
                 PO Box 960061,    Orlando, FL   32896-0061
518510689       E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 01:14:11      SYNCB/JC Penney,    PO Box 960090,
                 Orlando, FL   32896-0090
518510690       E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 01:15:42      SYNCB/Sams Club,    PO Box 530942,
                 Atlanta, GA   30353-0942
518510691       E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 01:15:42      SYNCHRONY Bank,    PO Box 960013,
                 Orlando, FL   32896-0013
518510683       E-mail/Text: jennifer.chacon@spservicing.com Mar 13 2020 01:01:38
                 Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT   84165-0250
518510684      +E-mail/Text: courts@southjerseyfcu.com Mar 13 2020 01:00:19
                 South Jersey Federal Credit Union,    POB 5530,    Deptford, NJ 08096-0530
518510687       E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 01:15:44      Syncb /Gap,   PO Box 965005,
                 Orlando, FL   32896-5005
518512455      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 01:15:42      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518510692       E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 01:15:44      Synchrony Bank,    PO Box 965064,
                 Orlando, FL   32896-5064
                                                                                              TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +NJR Clean Energy Ventures Corporation,    c/o The Kelly Firm, P.C.,    1011 Highway 71, Suite 200,
                 Spring Lake, NJ 07762-3232
518510679*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Assoc.,    120 Corporate Blvd Ste 100,
                 Norfolk, VA   23502-4952)
518510680*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Assoc.,    120 Corporate Blvd, Ste 100,
                 Norfolk, VA   23502)
518510678*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Assoc.,    POB 12914,    Norfolk, VA   23541-0000)
                                                                                              TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   ABS REO Trust VI dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
```

```
District/off: 0312-1           User: admin              Page 3 of 3              Date Rcvd: Mar 12, 2020
                               Form ID: pdf905          Total Noticed: 62
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jeanie D. Wiesner    on behalf of Debtor Maria M. Salvani jwiesner@subranni.com, dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
          John F Newman    on behalf of Creditor    South Jersey Federal Credit Union courts@southjerseyfcu.com
          Katherine B. Galdieri    on behalf of Creditor    NJR Clean Energy Ventures Corporation kgaldieri@kbtlaw.com, akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com
          Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Rebecca Ann Solarz    on behalf of Creditor    ABS REO Trust VI rsolarz@kmllawgroup.com
          Robert  Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                    TOTAL: 10