Form 169 − ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  19−29423−JNP
                Chapter:  7
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Maria M. Salvani
    aka Maria M. Carmel Pe Salvani
    7 Mountain Ln
    Egg Harbor Township, NJ 08234−9768

Social Security No.:
    xxx−xx−5316

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

    An application/motion to convert the above−captioned case from Chapter 7 to Chapter 13, has been filed by Maria M. Salvani. debtor.

    Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Jerrold N. Poslusny Jr. on:

Date:                May 5, 2020
Time:               10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Dated: April 9, 2020
JAN:

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-29423-JNP
Maria M. Salvani                                                        Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 3              Date Rcvd: Apr 09, 2020
                               Form ID: 169             Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
db              Maria M. Salvani,    7 Mountain Ln,    Egg Harbor Township, NJ   08234-9768
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
518510639       Advanced Call Center Technologies,    POB 9091,    Gray, TN  37615-9091
518510640      #+Allied Interstate, LLC,    7525 W. Campus Road,    New Albany, OH  43054-1121
518510641       Allied Interstate, LLC,    PO Box 1954,    Southgate, MI  48195-0954
518510642       American Express,    PO Box 1270,    Newark, NJ  07101-1270
518510644      #Atlantic Credit & Finance, Inc.,    PO Box 13386,    Roanoke, VA  24033-3386
518510645       Atlanticare Clinical Lab,    PO Box 785616,    Philadelphia, PA  19178-5616
518510649      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX  79998-2238
               (address filed with court: Bank Of America,    PO Box 15019,    Wilmington, DE  19886-5019)
518510648       Bank Of America,    PO Box 15284,    Wilmington, DE  19850-5284
518510647       Bank Of America,    PO Box 31785,    Tampa, FL  33631-3785
518510650       Bank Of America National Association,    4909 Savarese Cir,    Tampa, FL  33634-2413
518510653       Citicard - AAdvantage Platinum Card,    PO Box 6062,    Sioux Falls, SD  57117-6062
518510658       Credit Control LLC,    Attn: Bank of America,    PO Box 546,    Hazelwood, MO  63042-0546
518510659       Dental Arts of South Jersey,    1001 Laurel Oak Rd Ste C1,    Voorhees, NJ  08043-3512
518510660       Discover Bank - 'more' card,    PO Box 71084,    Charlotte, NC  28272-1084
518510662       English Creek Self Storage,    1187 Ocean Heights Ave,    Egg Harbor, NJ  08215
518510664       Extra Space Storage,    6698 Washington Ave,    Egg Harbor Township, NJ  08234-1825
518510666      ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY  11725-9030
               (address filed with court: Forster Garbus & Garbus,    60 Motor Parkway Attn: Discover Bank,
                 Commack, NY  11725-0000)
518510665      +Firstsource Advantage, LLC,    POB 628,    Buffalo, NY 14240-0628
518510667       Green Lawn Fertilizing,    1004 Saunders Ln,    West Chester, PA  19380-4218
518510668       Hayt Hayt & Landau,    PO Box 500,    Eatontown, NJ  07724-0500
518510670      +Midland Funding,    320 E Big Beaver Rd,    Troy, MI  48083-1271
518510671       Monarch Recovery MGMNT Inc,    3260 Tillman Dr Ste 75,    Bensalem, PA  19020-2059
518510673      +NJR Clean Energy Ventures,    1415 Wycoff Rd,    Farmingdale, NJ 07727-3940
518510674       NJR Clean Energy Ventures Corp,    1415 Wyckoff Rd,    Farmingdale, NJ  07727-3940
518579359      +NJR Clean Energy Ventures Corporation,    c/o The Kelly Firm, P.C.,    1011 Highway 71, Suite 200,
                 Spring Lake, NJ 07762-3232
518510675       Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Rd Ste 100,
                 Mount Laurel, NJ  08054-3437
518510682       Schachter & Portnoy, LLC,    3490 US Route ONE Ste 6,    Princeton, NJ  08540
518510693       The Dermatology Group,    PO Box 791486,    Baltimore, MD  21279-1486
518510694       United Collection Bureau,    5620 Southwyck Blvd Ste 206,    Toledo, OH  43614-1501
518510696       WF Financial Cards,    PO Box 14517,    Des Moines, IA  50306-3517
518510695       Wells Frgo Financial,    PO Box 29704,    Phoenix, AZ  85038-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2020 00:10:59      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2020 00:10:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: courts@southjerseyfcu.com Apr 10 2020 00:10:58
                 South Jersey Federal Credit Union,    1615 Hurfville Road,    PO Box 5530,
                 Deptford, NJ 08096-0530
518510643      +E-mail/Text: bky@americanprofit.net Apr 10 2020 00:11:16      American Profit Recovery,
                 34405 W. 12 Mile Rd, Ste 379,    Farmington Hills, MI 48331-5608
518510646       E-mail/Text: maria.herron@atlanticare.org Apr 10 2020 00:11:00      Atlanticare Surgery Center,
                 2500 English Creek Ave Ste 702,    Egg Harbor Township, NJ  08234-5549
518510656       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 10 2020 00:10:38      COmenity Bank/Ann Taylor,
                 PO Box 182789,    Columbus, OH  43218-2789
518510651       E-mail/Text: cms-bk@cms-collect.com Apr 10 2020 00:10:29      Capital Management Services,
                 698 1/2 S Ogden St,    Buffalo, NY  14206-2317
518510652       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 10 2020 00:20:04
                 Capital One Bank USA NA,    POB 85619,    Richmond, VA  23285-5619
518510654      +E-mail/Text: mediamanagers@clientservices.com Apr 10 2020 00:10:02      Client Services Inc.,
                 3451 Harry S Truman Blvd,    St. Charles, MO 63301-9816
518510655       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 10 2020 00:10:39      Comenity - Loft,
                 PO Box 659569,    San Antonio, TX  78265-9569
518510657       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 10 2020 00:10:39      Comenity-Victorias Secret,
                 PO Box 182789,    Columbus, OH  43218-2789
518510663       E-mail/Text: bknotice@ercbpo.com Apr 10 2020 00:11:02      ERC,    PO Box 23870,
                 Jacksonville, FL  32241-3870
518510669      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 10 2020 00:10:55      Midland Credit Management,
                 8875 Aero Dr., Ste 200,    San Diego, CA 92123-2255
518510672       E-mail/Text: NCI_bankonotify@ncirm.com Apr 10 2020 00:10:04      Nationwide Credit Inc.,
                 PO Box 14581,    Des Moines, IA  50306-3581
518510681       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2020 00:18:01
                 Portfolio Recovery Assoc.,    120 Corporate Blvd,    Norfolk, VA  23502-4962

```
District/off: 0312-1            User: admin                Page 2 of 3                  Date Rcvd: Apr 09, 2020
                                Form ID: 169               Total Noticed: 61


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518510676         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2020 00:18:00
                  Portfolio Recovery Assoc.,    120 Corporate Blvd, Ste 100,   Norfolk, VA  23502-4962
518510677         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2020 00:18:04
                  Portfolio Recovery Assoc.,    PO Box 12914,   Norfolk, VA  23541-0914
518510685         E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2020 00:18:46     SYNCB / GAP DC,    PO Box 960017,
                  Orlando, FL  32896-0017
518510686         E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2020 00:19:53     SYNCB / Lowes,   PO Box 965005,
                  Orlando, FL  32896-5005
518510688         E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2020 00:19:53     SYNCB/Care Credit,
                  PO Box 960061,   Orlando, FL  32896-0061
518510689         E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2020 00:18:45     SYNCB/JC Penney,   PO Box 960090,
                  Orlando, FL  32896-0090
518510690         E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2020 00:19:52     SYNCB/Sams Club,   PO Box 530942,
                  Atlanta, GA  30353-0942
518510691         E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2020 00:19:53     SYNCHRONY Bank,   PO Box 960013,
                  Orlando, FL  32896-0013
518510683         E-mail/Text: jennifer.chacon@spservicing.com Apr 10 2020 00:11:43
                  Select Portfolio Servicing, Inc.,    PO Box 65250,   Salt Lake City, UT  84165-0250
518510684        +E-mail/Text: courts@southjerseyfcu.com Apr 10 2020 00:10:58
                  South Jersey Federal Credit Union,    POB 5530,   Deptford, NJ 08096-0530
518510687         E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2020 00:19:53     Syncb /Gap,   PO Box 965005,
                  Orlando, FL  32896-5005
518512455        +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2020 00:19:54     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518510692         E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2020 00:17:50     Synchrony Bank,   PO Box 965064,
                  Orlando, FL  32896-5064
                                                                                              TOTAL: 28


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +NJR Clean Energy Ventures Corporation,    c/o The Kelly Firm, P.C.,   1011 Highway 71, Suite 200,
                  Spring Lake, NJ 07762-3232
518510679*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Assoc.,    120 Corporate Blvd Ste 100,
                  Norfolk, VA  23502-4952)
518510680*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Assoc.,    120 Corporate Blvd, Ste 100,
                  Norfolk, VA  23502)
518510678*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Assoc.,    POB 12914,   Norfolk, VA  23541-0000)
518510661        ##Ditech Financial LLC,    PO Box 6172,   Rapid City, SD  57709-6172
                                                                                     TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1              User: admin              Page 3 of 3              Date Rcvd: Apr 09, 2020
                                  Form ID: 169             Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2020 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    ABS REO Trust VI dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Jeanie D. Wiesner    on behalf of Debtor Maria M. Salvani jwiesner@subranni.com,
               dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
              John F Newman    on behalf of Creditor    South Jersey Federal Credit Union
               courts@southjerseyfcu.com
              Katherine B. Galdieri    on behalf of Creditor    NJR Clean Energy Ventures Corporation
               kgaldieri@kbtlaw.com, akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com
              Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    ABS REO Trust VI rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```