UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

836871
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for NewRez LLC d/b/a Shellpoint Mortgage
Servicing

**Order Filed on May 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

   Maria M. Salvani
   aka Maria M. Carmel Pe Salvani

   Debtor(s)

Case No.: 19-29423 - JNP

Hearing Date: 05/12/2020

Judge: JERROLD N. POSLUSNY JR.

Chapter: 7

Recommended Local Form: ☐ Followed  ☐ Modified

## ORDER VACATING STAY

_____   The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 6, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing, under 11 USC §362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

259 CHURCHILL DRIVE, EGG HARBOR TOWNSHIP, NJ 08234

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-29423-JNP
Maria M. Salvani                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1              Date Rcvd: May 06, 2020
                              Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2020.
db              Maria M. Salvani,    7 Mountain Ln,    Egg Harbor Township, NJ  08234-9768

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    ABS REO Trust VI dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
           dss@trustesolutions.net
          Jeanie D. Wiesner    on behalf of Debtor Maria M. Salvani jwiesner@subranni.com,
           dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
          John F Newman    on behalf of Creditor    South Jersey Federal Credit Union
           courts@southjerseyfcu.com
          Katherine B. Galdieri    on behalf of Creditor    NJR Clean Energy Ventures Corporation
           kgaldieri@kbtlaw.com,   akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com
          Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Rebecca Ann Solarz    on behalf of Creditor    ABS REO Trust VI rsolarz@kmllawgroup.com
          Robert Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Robert Davidow    on behalf of Creditor    NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                TOTAL: 11