Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–29423–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Maria M. Salvani
 aka Maria M. Carmel Pe Salvani
 7 Mountain Ln
 Egg Harbor Township, NJ 08234–9768

Social Security No.:
 xxx–xx–5316

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:    7/15/20
Time:    09:00 AM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

 An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

 **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 26, 2020
JAN: eag

 Jeanne Naughton
 Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 19-29423-JNP
Maria M. Salvani                                                Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: May 26, 2020
                              Form ID: 132             Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db             Maria M. Salvani,    7 Mountain Ln,    Egg Harbor Township, NJ 08234-9768
cr            +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
               Philadelphia, PA 19103-1814
cr            +NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,    Phelan Hallinan & Schmieg, PC,
               1617 JFK Boulevard,    Suite 1400,  Philadelphia, PA 19103-1814
518510639      Advanced Call Center Technologies,    POB 9091,   Gray, TN 37615-9091
518510640     #+Allied Interstate, LLC,    7525 W. Campus Road,   New Albany, OH 43054-1121
518510641      Allied Interstate, LLC,    PO Box 1954,   Southgate, MI 48195-0954
518510642      American Express,    PO Box 1270,   Newark, NJ 07101-1270
518510644     #Atlantic Credit & Finance, Inc.,    PO Box 13386,   Roanoke, VA 24033-3386
518510645      Atlanticare Clinical Lab,    PO Box 785616,   Philadelphia, PA 19178-5616
518510649    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    PO Box 15019,   Wilmington, DE 19886-5019)
518510648      Bank Of America,    PO Box 15284,   Wilmington, DE 19850-5284
518510647      Bank Of America,    PO Box 31785,   Tampa, FL 33631-3785
518510650      Bank Of America National Association,    4909 Savarese Cir,    Tampa, FL 33634-2413
518510653      Citicard - AAdvantage Platinum Card,    PO Box 6062,   Sioux Falls, SD 57117-6062
518510658      Credit Control LLC,    Attn: Bank of America,    PO Box 546,   Hazelwood, MO 63042-0546
518510659      Dental Arts of South Jersey,    1001 Laurel Oak Rd Ste C1,    Voorhees, NJ 08043-3512
518510660      Discover Bank - 'more' card,    PO Box 71084,   Charlotte, NC 28272-1084
518510662      English Creek Self Storage,    1187 Ocean Heights Ave,   Egg Harbor, NJ 08215
518510664      Extra Space Storage,    6698 Washington Ave,   Egg Harbor Township, NJ 08234-1825
518510666    ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,   P O BOX 9030,   COMMACK NY 11725-9030
             (address filed with court: Forster Garbus & Garbus,    60 Motor Parkway Attn: Discover Bank,
               Commack, NY 11725-0000)
518510665     +Firstsource Advantage, LLC,    POB 628,   Buffalo, NY 14240-0628
518510667      Green Lawn Fertilizing,    1004 Saunders Ln,   West Chester, PA 19380-4218
518510668      Hayt Hayt & Landau,    PO Box 500,   Eatontown, NJ 07724-0500
518510670     +Midland Funding,    320 E Big Beaver Rd,   Troy, MI 48083-1271
518510671      Monarch Recovery MGMNT Inc,    3260 Tillman Dr Ste 75,   Bensalem, PA 19020-2059
518510673     +NJR Clean Energy Ventures,    1415 Wycoff Rd,   Farmingdale, NJ 07727-3940
518510674      NJR Clean Energy Ventures Corp,    1415 Wyckoff Rd,   Farmingdale, NJ 07727-3940
518579359     +NJR Clean Energy Ventures Corporation,    c/o The Kelly Firm, P.C.,    1011 Highway 71, Suite 200,
               Spring Lake, NJ 07762-3232
518510675      Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Rd Ste 100,
               Mount Laurel, NJ 08054-3437
518510682      Schachter & Portnoy, LLC,    3490 US Route ONE Ste 6,   Princeton, NJ 08540
518510693      The Dermatology Group,    PO Box 791486,   Baltimore, MD 21279-1486
518510694      United Collection Bureau,    5620 Southwyck Blvd Ste 206,    Toledo, OH 43614-1501
518510696      WF Financial Cards,    PO Box 14517,   Des Moines, IA 50306-3517
518510695      Wells Frgo Financial,    PO Box 29704,   Phoenix, AZ 85038-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 27 2020 00:31:17     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 27 2020 00:31:13     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/Text: courts@southjerseyfcu.com May 27 2020 00:31:15
               South Jersey Federal Credit Union,    1615 Hurffville Road,   PO Box 5530,
               Deptford, NJ 08096-0530
518510643     +E-mail/Text: bky@americanprofit.net May 27 2020 00:31:33     American Profit Recovery,
               34405 W. 12 Mile Rd, Ste 379,    Farmington Hills, MI 48331-5608
518510646      E-mail/Text: maria.herron@atlanticare.org May 27 2020 00:31:20     Atlanticare Surgery Center,
               2500 English Creek Ave Ste 702,    Egg Harbor Township, NJ 08234-5549
518510656      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 27 2020 00:30:50     COmenity Bank/Ann Taylor,
               PO Box 182789,   Columbus, OH 43218-2789
518510651      E-mail/Text: cms-bk@cms-collect.com May 27 2020 00:30:46     Capital Management Services,
               698 1/2 S Ogden St,   Buffalo, NY 14206-2317
518836445     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 27 2020 00:36:13
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518510652      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 27 2020 00:37:19
               Capital One Bank USA NA,    POB 85619,   Richmond, VA 23285-5619
518510654     +E-mail/Text: mediamanagers@clientservices.com May 27 2020 00:30:12     Client Services Inc.,
               3451 Harry S Truman Blvd,    St. Charles, MO 63301-9816
518510655      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 27 2020 00:30:50     Comenity - Loft,
               PO Box 659569,   San Antonio, TX 78265-9569
518510657      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 27 2020 00:30:50     Comenity-Victorias Secret,
               PO Box 182789,   Columbus, OH 43218-2789
518836379      E-mail/Text: mrdiscen@discover.com May 27 2020 00:30:16     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
518510663      E-mail/Text: bknotice@ercbpo.com May 27 2020 00:31:20     ERC,   PO Box 23870,
               Jacksonville, FL 32241-3870
518831727      E-mail/Text: documentfiling@lciinc.com May 27 2020 00:30:14     COMCAST,   PO BOX 1931,
               Burlingame, CA 94011
```

```
District/off: 0312-1           User: admin                  Page 2 of 3                   Date Rcvd: May 26, 2020
                               Form ID: 132                 Total Noticed: 70


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518510669      +E-mail/Text: bankruptcydpt@mcmcg.com May 27 2020 00:31:13       Midland Credit Management,
                 8875 Aero Dr., Ste 200,    San Diego, CA 92123-2255
518510672       E-mail/Text: NCI_bankonotify@ncirm.com May 27 2020 00:30:14      Nationwide Credit Inc.,
                 PO Box 14581,   Des Moines, IA  50306-3581
518510681       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 27 2020 08:07:29
                 Portfolio Recovery Assoc.,    120 Corporate Blvd,    Norfolk, VA  23502-4962
518510676       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 27 2020 08:07:29
                 Portfolio Recovery Assoc.,    120 Corporate Blvd, Ste 100,    Norfolk, VA  23502-4962
518510677       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 27 2020 08:07:29
                 Portfolio Recovery Assoc.,    PO Box 12914,   Norfolk, VA  23541-0914
518839864       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 27 2020 08:07:29
                 Portfolio Recovery Associates, LLC,    c/o Ann Taylor/Loft,    POB 41067,   Norfolk VA 23541
518840381       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 27 2020 08:07:29
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney,    POB 41067,   Norfolk VA 23541
518840382       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 27 2020 08:07:29
                 Portfolio Recovery Associates, LLC,    c/o Lowes,    POB 41067,   Norfolk VA 23541
518839863       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 27 2020 08:07:29
                 Portfolio Recovery Associates, LLC,    c/o Synchrony Bank,    POB 41067,   Norfolk VA 23541
518839862       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 27 2020 08:07:29
                 Portfolio Recovery Associates, LLC,    c/o Victorias Secret,    POB 41067,   Norfolk VA 23541
518510685       E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 00:36:25       SYNCB / GAP DC,    PO Box 960017,
                 Orlando, FL  32896-0017
518510686       E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 00:36:26       SYNCB / Lowes,    PO Box 965005,
                 Orlando, FL  32896-5005
518510688       E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 00:36:26       SYNCB/Care Credit,
                 PO Box 960061,   Orlando, FL  32896-0061
518510689       E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 00:36:26       SYNCB/JC Penney,    PO Box 960090,
                 Orlando, FL  32896-0090
518510690       E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 00:36:26       SYNCB/Sams Club,    PO Box 530942,
                 Atlanta, GA  30353-0942
518510691       E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 00:36:26       SYNCHRONY Bank,    PO Box 960013,
                 Orlando, FL  32896-0013
518510683       E-mail/Text: jennifer.chacon@spservicing.com May 27 2020 00:32:05
                 Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT  84165-0250
518510684      +E-mail/Text: courts@southjerseyfcu.com May 27 2020 00:31:15
                 South Jersey Federal Credit Union,    POB 5530,    Deptford, NJ 08096-0530
518510687       E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 00:35:52       Syncb /Gap,    PO Box 965005,
                 Orlando, FL  32896-5005
518512455      +E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 00:37:05       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518510692       E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 00:36:26       Synchrony Bank,    PO Box 965064,
                 Orlando, FL  32896-5064
                                                                                               TOTAL: 36

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +NJR Clean Energy Ventures Corporation,    c/o The Kelly Firm, P.C.,    1011 Highway 71, Suite 200,
                 Spring Lake, NJ 07762-3232
518510679*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Assoc.,     120 Corporate Blvd Ste 100,
                 Norfolk, VA  23502-4952)
518510680*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Assoc.,     120 Corporate Blvd, Ste 100,
                 Norfolk, VA  23502)
518510678*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Assoc.,     POB 12914,   Norfolk, VA  23541-0000)
518510661      ##Ditech Financial LLC,    PO Box 6172,   Rapid City, SD  57709-6172
                                                                                TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin              Page 3 of 3            Date Rcvd: May 26, 2020
                              Form ID: 132             Total Noticed: 70
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    ABS REO Trust VI dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
           dss@trustesolutions.net
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Jeanie D. Wiesner    on behalf of Debtor Maria M. Salvani jwiesner@subranni.com,
           dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
          John F Newman    on behalf of Creditor    South Jersey Federal Credit Union
           courts@southjerseyfcu.com
          Katherine B. Galdieri    on behalf of Creditor    NJR Clean Energy Ventures Corporation
           kgaldieri@kbtlaw.com,  akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com
          Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Rebecca Ann Solarz    on behalf of Creditor    ABS REO Trust VI rsolarz@kmllawgroup.com
          Robert  Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Robert  Davidow    on behalf of Creditor    NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING
           nj.bkecf@fedphe.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```