| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Maria M. Salvani**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5316<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–29423–JNP | | |

# Order of Discharge

12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Maria M. Salvani
    aka Maria M. Carmel Pe Salvani

<u>7/30/25</u>

**By the court:** <u>Jerrold N. Poslusny Jr.</u>
                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W              **Chapter 13 Discharge**              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Maria M. Salvani  
    Debtor

Case No. 19-29423-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5  
Date Rcvd: Jul 30, 2025      Form ID: 3180W      Total Noticed: 73

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Maria M. Salvani, 7 Mountain Ln, Egg Harbor Township, NJ 08234-9768 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518510640 | + | Allied Interstate, LLC, 7525 W. Campus Road, New Albany, OH 43054-1121 |
| 518510645 | | Atlanticare Clinical Lab, PO Box 785616, Philadelphia, PA 19178-5616 |
| 518510653 | | Citicard - AAdvantage Platinum Card, PO Box 6062, Sioux Falls, SD 57117-6062 |
| 518510659 | | Dental Arts of South Jersey, 1001 Laurel Oak Rd Ste C1, Voorhees, NJ 08043-3512 |
| 518510660 | | Discover Bank - 'more' card, PO Box 71084, Charlotte, NC 28272-1084 |
| 518510662 | | English Creek Self Storage, 1187 Ocean Heights Ave, Egg Harbor, NJ 08215 |
| 518510664 | | Extra Space Storage, 6698 Washington Ave, Egg Harbor Township, NJ 08234-1825 |
| 518510666 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster Garbus & Garbus, 60 Motor Parkway Attn: Discover Bank, Commack, NY 11725-0000 |
| 518510667 | | Green Lawn Fertilizing, 1004 Saunders Ln, West Chester, PA 19380-4218 |
| 518510673 | + | NJR Clean Energy Ventures, 1415 Wycoff Rd, Farmingdale, NJ 07727-3940 |
| 518510674 | | NJR Clean Energy Ventures Corp, 1415 Wyckoff Rd, Farmingdale, NJ 07727-3940 |
| 518579359 | + | NJR Clean Energy Ventures Corporation, c/o The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| 518510672 | | Nationwide Credit Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 518510675 | | Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Rd Ste 100, Mount Laurel, NJ 08054-3437 |
| 518510682 | | Schachter & Portnoy, LLC, 3490 US Route ONE Ste 6, Princeton, NJ 08540 |
| 518510693 | | The Dermatology Group, PO Box 791486, Baltimore, MD 21279-1486 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 30 2025 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 30 2025 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@firstharvestcu.com | Jul 30 2025 20:52:00 | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| cr | + | Email/Text: courts@southjerseyfcu.com | Jul 30 2025 20:52:00 | South Jersey Federal Credit Union, 1615 Hurfville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 518510639 | ^ | MEBN | Jul 30 2025 20:46:36 | Advanced Call Center Technologies, POB 9091, Gray, TN 37615-9091 |
| 518510641 | ^ | MEBN | Jul 30 2025 20:48:21 | Allied Interstate, LLC, PO Box 1954, Southgate, |

Case 19-29423-JNP    Doc 70    Filed 08/01/25    Entered 08/02/25 00:15:23    Desc Imaged
Certificate of Notice    Page 4 of 7

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: admin | | Page 2 of 5 |
| Date Rcvd: Jul 30, 2025 | Form ID: 3180W | | Total Noticed: 73 |

| | | | |
|---|---|---|---|
| | | | MI 48195-0954 |
| 518510642 | Email/PDF: bncnotices@becket-lee.com | Jul 30 2025 21:15:35 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518847596 | Email/PDF: bncnotices@becket-lee.com | Jul 30 2025 20:59:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518510643 | + Email/Text: bky@americanprofit.net | Jul 30 2025 20:52:00 | American Profit Recovery, 34405 W. 12 Mile Rd, Ste 379, Farmington Hills, MI 48331-5608 |
| 518853482 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2025 21:15:29 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518510644 | Email/Text: bankruptcydpt@mcmcg.com | Jul 30 2025 20:52:00 | Atlantic Credit & Finance, Inc., PO Box 13386, Roanoke, VA 24033-3386 |
| 518510646 | Email/Text: maria.herron@atlanticare.org | Jul 30 2025 20:52:00 | Atlanticare Surgery Center, 2500 English Creek Ave Ste 702, Egg Harbor Township, NJ 08234-5549 |
| 518510649 | EDI: BANKAMER | Jul 31 2025 00:39:00 | Bank Of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 518510648 | EDI: BANKAMER | Jul 31 2025 00:39:00 | Bank Of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 518510647 | EDI: BANKAMER | Jul 31 2025 00:39:00 | Bank Of America, PO Box 31785, Tampa, FL 33631-3785 |
| 518510650 | EDI: BANKAMER | Jul 31 2025 00:39:00 | Bank Of America National Association, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 518831727 | + EDI: COMCASTCBLCENT | Jul 31 2025 00:39:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518510656 | EDI: WFNNB.COM | Jul 31 2025 00:39:00 | COmenity Bank/Ann Taylor, PO Box 182789, Columbus, OH 43218-2789 |
| 518510658 | Email/Text: correspondence@credit-control.com | Jul 30 2025 20:51:00 | Credit Control LLC, Attn: Bank of America, PO Box 546, Hazelwood, MO 63042-0546 |
| 518510651 | Email/Text: cms-bk@cms-collect.com | Jul 30 2025 20:52:00 | Capital Management Services, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 518836445 | + EDI: AIS.COM | Jul 31 2025 00:39:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518510652 | EDI: CAPITALONE.COM | Jul 31 2025 00:39:00 | Capital One Bank USA NA, POB 85619, Richmond, VA 23285-5619 |
| 518885968 | EDI: CITICORP | Jul 31 2025 00:39:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518510654 | + Email/Text: mediamanagers@clientservices.com | Jul 30 2025 20:51:00 | Client Services Inc., 3451 Harry S Truman Blvd, St. Charles, MO 63301-9816 |
| 518510655 | EDI: WFNNB.COM | Jul 31 2025 00:39:00 | Comenity - Loft, PO Box 659569, San Antonio, TX 78265-9569 |
| 518510657 | EDI: WFNNB.COM | Jul 31 2025 00:39:00 | Comenity-Victorias Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 518836379 | EDI: DISCOVER | Jul 31 2025 00:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518510665 | + Email/Text: crdept@na.firstsource.com | Jul 30 2025 20:52:00 | Firstsource Advantage, LLC, POB 628, Buffalo, NY 14240-0628 |
| 518510668 | ^ MEBN | Jul 30 2025 20:47:54 | Hayt Hayt & Landau, PO Box 500, Eatontown, NJ 07724-0500 |
| 518510669 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 30 2025 20:52:00 | Midland Credit Management, 8875 Aero Dr., Ste 200, San Diego, CA 92123-2255 |

Case 19-29423-JNP   Doc 70   Filed 08/01/25   Entered 08/02/25 00:15:23   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: 3180W | Total Noticed: 73 |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| 518510670 | Email/Text: bankruptcydpt@mcmcg.com | Jul 30 2025 20:52:00 | Midland Funding, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 518510671 | Email/Text: compliance@monarchrm.com | Jul 30 2025 20:51:00 | Monarch Recovery MGMNT Inc, 3260 Tillman Dr Ste 75, Bensalem, PA 19020-2059 |
| 518510681 | EDI: PRA.COM | Jul 31 2025 00:39:00 | Portfolio Recovery Assoc., 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 518510676 | EDI: PRA.COM | Jul 31 2025 00:39:00 | Portfolio Recovery Assoc., 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4962 |
| 518510677 | EDI: PRA.COM | Jul 31 2025 00:39:00 | Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541-0914 |
| 518839864 | EDI: PRA.COM | Jul 31 2025 00:39:00 | Portfolio Recovery Associates, LLC, c/o Ann Taylor/Loft, POB 41067, Norfolk VA 23541 |
| 518840381 | EDI: PRA.COM | Jul 31 2025 00:39:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518840382 | EDI: PRA.COM | Jul 31 2025 00:39:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518839863 | EDI: PRA.COM | Jul 31 2025 00:39:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518839862 | EDI: PRA.COM | Jul 31 2025 00:39:00 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 518510685 | EDI: SYNC | Jul 31 2025 00:39:00 | SYNCB / GAP DC, PO Box 960017, Orlando, FL 32896-0017 |
| 518510686 | EDI: SYNC | Jul 31 2025 00:39:00 | SYNCB / Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 518510688 | EDI: SYNC | Jul 31 2025 00:39:00 | SYNCB/Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 518510689 | EDI: SYNC | Jul 31 2025 00:39:00 | SYNCB/JC Penney, PO Box 960090, Orlando, FL 32896-0090 |
| 518510690 | EDI: SYNC | Jul 31 2025 00:39:00 | SYNCB/Sams Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 518510691 | EDI: SYNC | Jul 31 2025 00:39:00 | SYNCHRONY Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 518510683 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 30 2025 20:52:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518510684 | + Email/Text: courts@southjerseyfcu.com | Jul 30 2025 20:52:00 | South Jersey Federal Credit Union, POB 5530, Deptford, NJ 08096-0530 |
| 518510687 | EDI: SYNC | Jul 31 2025 00:39:00 | Syncb /Gap, PO Box 965005, Orlando, FL 32896-5005 |
| 518510692 | EDI: SYNC | Jul 31 2025 00:39:00 | Synchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 518512455 | ^ MEBN | Jul 30 2025 20:47:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518510694 | Email/Text: BAN5620@UCBINC.COM | Jul 30 2025 20:51:00 | United Collection Bureau, 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 518510696 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 30 2025 21:15:45 | WF Financial Cards, PO Box 14517, Des Moines, IA 50306-3517 |
| 518510695 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 30 2025 21:15:48 | Wells Frgo Financial, PO Box 29704, Phoenix, AZ 85038-9704 |

TOTAL: 54

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: 3180W | Total Noticed: 73 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | NJR Clean Energy Ventures Corporation, c/o The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| 518510679 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc., 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518510680 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc., 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 518510678 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc., POB 12914, Norfolk, VA 23541-0000 |
| 518510661 | ##+ | Ditech Financial LLC, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 518510663 | ## | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Aug 01, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor ABS REO Trust VI dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeanie D. Wiesner | on behalf of Debtor Maria M. Salvani jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| John F Newman | on behalf of Creditor South Jersey Federal Credit Union courts@firstharvestcu.com |
| Katherine B. Galdieri | on behalf of Creditor NJR Clean Energy Ventures Corporation kgaldieri@njtransit.com akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Robert J. Malloy | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| Travis Graga | on behalf of Creditor NJR Clean Energy Ventures Corporation travisgraga@gmail.com |
| U.S. Trustee | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Jul 30, 2025 | Form ID: 3180W | Total Noticed: 73 |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11