Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                       Case No.: 19–29423–JNP
                       Chapter: 13
                       Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Maria M. Salvani
  aka Maria M. Carmel Pe Salvani
  7 Mountain Ln
  Egg Harbor Township, NJ 08234–9768

Social Security No.:
  xxx–xx–5316

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 4, 2025</u>              <u>Jerrold N. Poslusny Jr.</u>
                                                  Judge, United States Bankruptcy Court